

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| D&H UNITED FUELING SOLUTIONS, INC., | § | No. 08-23-00266-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 143rd Judicial District Court |
| v. | | |
| | § | of Ward County, Texas |
| CEMENTOS READY-MIX, LLC, | | |
| | § | (TC#22-04-25989-CVW) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF JUNE 2024.


GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox and Soto, JJ.